```
                           United States Bankruptcy Court
                                District of Arizona
```

In re:                                                          Case No. 15-15653-PS
CATHERINE ANNE WILLIAMSON                                       Chapter 13
        Debtor                  **CERTIFICATE OF NOTICE**

District/off: 0970-2        User: bellerl         Page 1 of 1         Date Rcvd: Feb 25, 2016
                            Form ID: van049       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2016.
db            +CATHERINE ANNE WILLIAMSON,    2272 S. MCCLELLAND PL.,    CHANDLER, AZ 85286-7632
cr            +SunTrust Mortgage Inc.,    1001 Semmes Avenue,    Richmond, VA 23224-2245

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK NA
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2016 at the address(es) listed below:
              DAVID WINTHROP COWLES    on behalf of Creditor    JPMORGAN CHASE BANK NA dwc@tblaw.com,
               gxh@tblaw.com;ecf@tblaw.com
              MARK   WESBROOKS    on behalf of Debtor CATHERINE ANNE WILLIAMSON wesbrooksefax@gmail.com,
               ecf@wesbrookslaw.com
              RUSSELL   BROWN    ecfmailclient@ch13bk.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                            TOTAL: 4

FORM VAN−049
REVISED 06/16/2015

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:     Case No.: 2:15−bk−15653−PS

CATHERINE ANNE WILLIAMSON     Chapter: 13
aka CATHERINE WAKEM WILLIAMSON
2272 S. MCCLELLAND PL.
CHANDLER, AZ 85286
**SSAN:** xxx−xx−4557
**EIN:**

Debtor(s)

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that:

A hearing in the above−entitled cause will be held at the U.S. Bankruptcy Court, 230 N. First Avenue, 6th Floor, Courtroom 601, Phoenix, AZ before the Honorable Paul Sala on 3/10/16 at 10:00 AM to consider and act upon the following matter:

DEBTORS' MOTION TO CONSOLIDATE CHAPTER 13 CASES

Any response or objection shall be filed pursuant to Local Bankruptcy Rule 9013(1)(c), or as set forth by the Court within this notice.

**Date: February 25, 2016**

**Address of the Bankruptcy Clerk's Office:**     Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101     **George Prentice**
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov