MARK WESBROOKS
THE WESBROOKS LAW FIRM, P.L.L.C.
15396 N. 83rd Ave., Ste. C100
Peoria, Arizona 85381
(602) 262-0390
Fax: (888) 477-5598
Mark.Wesbrooks@azbar.org
State Bar No. 018690
Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| In Re: | Chapter 13 |
|---|---|
| CATHERINE ANN WILLIAMSON, | Case No. 2:15-bk-15653 |
| Debtor. | 2:16-bk-00788 |
| In Re: | AMENDED SCHEDULES A/B, C, I AND J |
| ROBERT LANCASTER WILLIAMSON, III., | (Jointly Administered) |
| Debtor. | |
| This pleading applies to the case or cases a noted above. | |

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **CATHERINE ANNE WILLIAMSON** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **ROBERT LANCASTER WILLIAMSON, III** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number   15-15653; 16-00788

■ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes. Where is the property?

1.1

**2272 S. McCLELLAND PLACE**
Street address, if available, or other description

Chandler    AZ    85286-0000
City        State  ZIP Code

Maricopa
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**  **Current value of the portion you own?**
$700,293.00                                  $700,293.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee Simple**

■ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

| Debtor 1 | CATHERINE ANNE WILLIAMSON | | |
|---|---|---|---|
| Debtor 2 | ROBERT LANCASTER WILLIAMSON, III | Case number (if known) | 15-15653; 16-00788 |

**If you own or have more than one, list here:**

**1.2**

5829 COPPERWOOD LANE #1129
*Street address, if available, or other description*

Dallas TX 75248-0000
*City State ZIP Code*

Dallas
*County*

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ■ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $52,550.00 | $52,550.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee Simple

☐ **Check if this is community property**
(see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................=>**   **$752,843.00**

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

**3.1**
Make: **LEXUS**
Model: **SC430 CONVERTIBLE 2DOOR**
Year: **2002**
Approximate mileage: **56,000**
Other information:

GOOD CONDITION
Location: 2272 S. MCCLELLAND PLACE, Chandler AZ 85286

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $12,153.00 | $12,153.00 |

**3.2**
Make: **LEXUS**
Model: **GX470 SPORT UTILITY 4DOOR**
Year: **2003**
Approximate mileage: **90,000**
Other information:

GOOD CONDITION
Location: 2272 S. MCCLELLAND PLACE, Chandler AZ 85286

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $8,119.00 | $8,119.00 |

| Debtor 1 | **CATHERINE ANNE WILLIAMSON** | | |
|---|---|---|---|
| Debtor 2 | **ROBERT LANCASTER WILLIAMSON, III** | Case number *(if known)* | **15-15653; 16-00788** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>     **$20,272.00**

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   > **KITCHEN TABLE AND CHAIRS 100.00; DINING ROOM TABLE AND CHAIRS 200.00; 3 COUCHES 1,500.00; 4 LIVING ROOM CHAIRS 400.00; 2 LIVING ROOM RUGS 200.00; COFFEE TABLE 25.00; 9 PICTURES, PAINTINGS AND/OR FAMILY PORTRAITS 4,500.00; 5 BEDS 900.00; 6 NIGHTSTANDS, 3 DRESSERS, 6 BEDROOM LAMPS 350.00; 16 TELEVISIONS 900.00; STEREO 200.00; RADIO ALARM CLOCK 10.00; STOVE 100.00; REFRIGERATOR 250.00; WASHING MACHINE AND DRYER 250.00; VACUUM CLEANER 20.00; 2 COMPUTERS 100.00; CAMERA 150.00; COMPUTER DESK, FAX/PRINTER 300.00; OTHER MISCELLANEOUS HOUSEHOLD GOODS AND FUNISHINGS 2,250.00**
   > **Location: 2272 S. MCCLELLAND PLACE, Chandler AZ 85286**

     **$12,705.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

   > **TENNIS RACKET**
   > **Location: 2272 S. MCCLELLAND PLACE, Chandler AZ 85286**

     **$30.00**

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

| Debtor 1 | **CATHERINE ANNE WILLIAMSON** | | |
|---|---|---|---|
| Debtor 2 | **ROBERT LANCASTER WILLIAMSON, III** | Case number *(if known)* | **15-15653; 16-00788** |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | | |
    |---|---:|
    | **CLOTHING**<br>Location: 2272 S. MCCLELLAND PLACE, Chandler AZ 85286 | $1,000.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

    | | |
    |---|---:|
    | **6 WATCHES 4,900.00; WEDDING BANDS 1,200.00; BRACELETS 800.00; RING, NECKLACES, EARINGS $1,500.00**<br>Location: 2272 S. MCCLELLAND PLACE, Chandler AZ 85286 | $8,400.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................................     **$22,135.00**

---

**Part 4:** **Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**      **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes............................................................................................................

                                                    **Cash**     **$1,040.00**

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.......................

    | | | Institution name: | |
    |---|---|---|---:|
    | 17.1. | **CHECKING, ACCOUNT NUMBER ENDING IN 4758** | **WELLS FARGO BANK** | $112.69 |
    | 17.2. | **CHECKING; ACCOUNT NUMBER ENDING IN 5713** | **NEIGHBORHOOD CREDIT UNION** | $0.00 |

---

Official Form 106A/B          Schedule A/B: Property          page 4
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 2:15-bk-15653-PS    Doc 83    Filed 03/28/17    Entered 03/28/17 10:24:58    Desc
Main Document     Page 5 of 18

| Debtor 1 | **CATHERINE ANNE WILLIAMSON** | | | |
|---|---|---|---|---|
| Debtor 2 | **ROBERT LANCASTER WILLIAMSON, III** | | Case number *(if known)* | **15-15653; 16-00788** |

| | | | |
|---|---|---|---|
| 17.3. | **Checking** | **TD BANK; ACCOUNT NUMBER ENDIGN IN 5536** | **$89.10** |
| 17.4. | **Savings** | **DESERT SCHOOLS FEDERAL CREDIT UNION; ACCOUNT NUMBER ENDING IN 3410** | **$40.10** |
| 17.5. | **Savings** | **DESERT SCHOOLS FEDERAL CREDIT UNION** | **$95.87** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................. Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **R W III, INC** | **100** | % | **Unknown** |
| **VICKI'S VODKA LLC** | **66.66** | % | **Unknown** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **IRA** | **ETRADE** | **$11,009.19** |
| **401(k)** | **FIDELITY INVESTMENTS** | **$406.33** |
| **401(k)** | **ETRADE** | **$5,505.00** |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ..................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............ Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No

| Debtor 1 | **CATHERINE ANNE WILLIAMSON** | | |
|---|---|---|---|
| Debtor 2 | **ROBERT LANCASTER WILLIAMSON, III** | Case number *(if known)* | **15-15653; 16-00788** |

☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☐ No
    ■ Yes. Give specific information about them...

| **DOMAIN NAME AND TRADEMARKS** | **Unknown** |
|---|---|

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **PHOENIX LIFE INSURANCE COMPANY; WHOLE LIFE** | **CATHERINE ANNE WILLIAMSON** | **$8,000.00** |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

Debtor 1 **CATHERINE ANNE WILLIAMSON**
Debtor 2 **ROBERT LANCASTER WILLIAMSON, III**     Case number *(if known)* **15-15653; 16-00788**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☐ No
    ■ Yes. Describe each claim.........

    | | |
    |---|---|
    | **CIVIL CLAIMS FOR MONEY DAMAGES, ROBERT WILLIAMSON, III, VICKI'S VODKA v. VICTORIA L. GUNVALSON AND DAVID BROOKS AYERS; 2:13-cv01019-JAD-GWF, 2:13-cv-02022-JAD-GWF; CASE PENDING REGARDING VICKI'S VODKA** | **Unknown** |

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................**    **$26,298.28**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here ....................................**    **$0.00**

**Part 8:** List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................................................. | | **$752,843.00** |
| 56. | **Part 2: Total vehicles, line 5** | $20,272.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $22,135.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $26,298.28 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $68,705.28 | Copy personal property total    **$68,705.28** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | **$821,548.28** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | CATHERINE ANNE WILLIAMSON | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | ROBERT LANCASTER WILLIAMSON, III | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | | |
| Case number (if known) | 15-15653; 16-00788 | | |

■ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **5829 COPPERWOOD LANE #1129 Dallas, TX 75248  Dallas County**<br>Line from *Schedule A/B*: **1.2** | $52,550.00 | ■ $34,190.07<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| **2002 LEXUS SC430 CONVERTIBLE 2DOOR 56,000 miles GOOD CONDITION Location: 2272 S. MCCLELLAND PLACE, Chandler AZ 85286**<br>Line from *Schedule A/B*: **3.1** | $12,153.00 | ■ $3,675.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| **2002 LEXUS SC430 CONVERTIBLE 2DOOR 56,000 miles GOOD CONDITION Location: 2272 S. MCCLELLAND PLACE, Chandler AZ 85286**<br>Line from *Schedule A/B*: **3.1** | $12,153.00 | ■ $8,478.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **2003 LEXUS GX470 SPORT UTILITY 4DOOR 90,000 miles GOOD CONDITION Location: 2272 S. MCCLELLAND PLACE, Chandler AZ 85286**<br>Line from *Schedule A/B*: **3.2** | $8,119.00 | ■ $3,675.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |

| Debtor 1 | CATHERINE ANNE WILLIAMSON | | | |
|---|---|---|---|---|
| Debtor 2 | ROBERT LANCASTER WILLIAMSON, III | | Case number (if known) | **15-15653; 16-00788** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **2003 LEXUS GX470 SPORT UTILITY 4DOOR 90,000 miles GOOD CONDITION**<br>**Location: 2272 S. MCCLELLAND PLACE, Chandler AZ 85286**<br>Line from *Schedule A/B*: **3.2** | $8,119.00 | ■ $3,441.86<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **KITCHEN TABLE AND CHAIRS 100.00; DINING ROOM TABLE AND CHAIRS 200.00; 3 COUCHES 1,500.00; 4 LIVING ROOM CHAIRS 400.00; 2 LIVING ROOM RUGS 200.00; COFFEE TABLE 25.00; 9 PICTURES, PAINTINGS AND/OR FAMILY PORTRAITS 4,500.00; 5 BEDS 900.00; 6 NIGHTSTANDS, 3 DR**<br>Line from *Schedule A/B*: **6.1** | $12,705.00 | ■ $12,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **KITCHEN TABLE AND CHAIRS 100.00; DINING ROOM TABLE AND CHAIRS 200.00; 3 COUCHES 1,500.00; 4 LIVING ROOM CHAIRS 400.00; 2 LIVING ROOM RUGS 200.00; COFFEE TABLE 25.00; 9 PICTURES, PAINTINGS AND/OR FAMILY PORTRAITS 4,500.00; 5 BEDS 900.00; 6 NIGHTSTANDS, 3 DR**<br>Line from *Schedule A/B*: **6.1** | $12,705.00 | ■ $455.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **CLOTHING**<br>**Location: 2272 S. MCCLELLAND PLACE, Chandler AZ 85286**<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ■ $470.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **6 WATCHES 4,900.00; WEDDING BANDS 1,200.00; BRACELETS 800.00; RING, NECKLACES, EARINGS $1,500.00**<br>**Location: 2272 S. MCCLELLAND PLACE, Chandler AZ 85286**<br>Line from *Schedule A/B*: **12.1** | $8,400.00 | ■ $3,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $1,040.00 | ■ $1,040.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **CHECKING; ACCOUNT NUMBER ENDING IN 5713: NEIGHBORHOOD CREDIT UNION**<br>Line from *Schedule A/B*: **17.2** | $0.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking: TD BANK; ACCOUNT NUMBER ENDIGN IN 5536**<br>Line from *Schedule A/B*: **17.3** | $89.10 | ■ $89.10<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

| Debtor 1 | CATHERINE ANNE WILLIAMSON | | | |
|---|---|---|---|---|
| Debtor 2 | ROBERT LANCASTER WILLIAMSON, III | | Case number (if known) | **15-15653; 16-00788** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Savings: DESERT SCHOOLS FEDERAL CREDIT UNION; ACCOUNT NUMBER ENDING IN 3410**<br>Line from *Schedule A/B*: **17.4** | $40.10 | ■ $40.10<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Savings: DESERT SCHOOLS FEDERAL CREDIT UNION**<br>Line from *Schedule A/B*: **17.5** | $95.87 | ■ $95.87<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **IRA: ETRADE**<br>Line from *Schedule A/B*: **21.1** | $11,009.19 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(10)(E)** |
| **401(k): FIDELITY INVESTMENTS**<br>Line from *Schedule A/B*: **21.2** | $406.33 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| **401(k): ETRADE**<br>Line from *Schedule A/B*: **21.3** | $5,505.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(10)(E)** |
| **DOMAIN NAME AND TRADEMARKS**<br>Line from *Schedule A/B*: **26.1** | Unknown | ■ $2,300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(6)** |
| **PHOENIX LIFE INSURANCE COMPANY; WHOLE LIFE Beneficiary: CATHERINE ANNE WILLIAMSON**<br>Line from *Schedule A/B*: **31.1** | $8,000.00 | ■ $12,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(8)** |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

| | |
|---|---|
| **Fill in this information to identify your case:** | |
| Debtor 1 | **CATHERINE ANNE WILLIAMSON** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **ROBERT LANCASTER WILLIAMSON, III** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | **15-15653; 16-00788** |

■ Check if this is an amended filing

# Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 Name / Number Street / City State ZIP Code | |
| 2.2 Name / Number Street / City State ZIP Code | |
| 2.3 Name / Number Street / City State ZIP Code | |
| 2.4 Name / Number Street / City State ZIP Code | |
| 2.5 Name / Number Street / City State ZIP Code | |

Official Form 106G            Schedule G: Executory Contracts and Unexpired Leases            Page 1 of 1
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy
Case 2:15-bk-15653-PS   Doc 83   Filed 03/28/17   Entered 03/28/17 10:24:58   Desc
Main Document    Page 12 of 18

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **CATHERINE ANNE WILLIAMSON** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **ROBERT LANCASTER WILLIAMSON, III** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | | |
| Case number (if known) | 15-15653; 16-00788 | | |

■ Check if this is an amended filing

Official Form 106H
# Schedule H: Your Codebtors 12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.

■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

☐ No
■ Yes.

In which community state or territory did you live?   **-NONE-**   . Fill in the name and current address of that person.

_____
Name of your spouse, former spouse, or legal equivalent
Number, Street, City, State & Zip Code

**3.** In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| *Column 1:* **Your codebtor** Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.1 _____ Name _____ Number Street _____ City State ZIP Code | ☐ Schedule D, line _____ ☐ Schedule E/F, line _____ ☐ Schedule G, line _____ |
| 3.2 _____ Name _____ Number Street _____ City State ZIP Code | ☐ Schedule D, line _____ ☐ Schedule E/F, line _____ ☐ Schedule G, line _____ |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | CATHERINE ANNE WILLIAMSON |
| Debtor 2 (Spouse, if filing) | ROBERT LANCASTER WILLIAMSON, III |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (If known) | 15-15653; 16-00788 |

Check if this is:

☒ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

Official Form 106I
## Schedule I: Your Income                                                   12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>☒ Not employed | ☒ Employed<br>☐ Not employed |
| Occupation | HOUSEWIFE | SELF-EMPLOYED |
| Employer's name | | |
| Employer's address | | |
| How long employed there? | | |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | $ 0.00 | $ 0.00 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here | | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 | + $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 0.00   $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 0.00   $ 0.00

8. **List all other income regularly received:**

   8a. **Net income from rental property and from operating a business, profession, or farm**
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ 0.00   $ 3,031.25

   8b. **Interest and dividends**   8b.   $ 0.00   $ 0.00

   8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ 0.00   $ 0.00

   8d. **Unemployment compensation**   8d.   $ 0.00   $ 0.00

   8e. **Social Security**   8e.   $ 0.00   $ 0.00

   8f. **Other government assistance that you regularly receive**
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify: _____   8f.   $ 0.00   $ 0.00

   8g. **Pension or retirement income**   8g.   $ 0.00   $ 0.00

   8h. **Other monthly income.** Specify: _____   8h.+   $ 0.00   + $ 0.00

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 0.00   $ 3,031.25

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ 0.00 + $ 3,031.25 = $ 3,031.25
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____   11.   +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12.   $ 3,031.25
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☐ No.
    ■ Yes. Explain: **DEBTORS SELF EMPLOYMENT INCOME VARIES MONTH BY MONTH**

Fill in this information to identify your case:

Debtor 1: CATHERINE ANNE WILLIAMSON

Debtor 2: ROBERT LANCASTER WILLIAMSON, III
(Spouse, if filing)

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number: 15-15653; 16-00788
(If known)

Check if this is:
☒ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☒ Yes. **Does Debtor 2 live in a separate household?**

   ☒ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☒ No

   Do not list Debtor 1 and Debtor 2.  ☐ Yes. Fill out this information for each dependent............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☒ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ 1,186.00

   **If not included in line 4:**

   4a. Real estate taxes    4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance    4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses    4c. $ 0.00
   4d. Homeowner's association or condominium dues    4d. $ 0.00
5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ 0.00

Official Form 106J  **Schedule J: Your Expenses**  page 1

Debtor 1 **CATHERINE ANNE WILLIAMSON**
Debtor 2 **ROBERT LANCASTER WILLIAMSON, III**   Case number (if known) **15-15653; 16-00788**

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ | **0.00** |
| | 6b. Water, sewer, garbage collection | 6b. | $ | **0.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | **0.00** |
| | 6d. Other. Specify: | 6d. | $ | **0.00** |
| 7. | **Food and housekeeping supplies** | 7. | $ | **0.00** |
| 8. | **Childcare and children's education costs** | 8. | $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | **0.00** |
| 10. | **Personal care products and services** | 10. | $ | **0.00** |
| 11. | **Medical and dental expenses** | 11. | $ | **0.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | **0.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | **0.00** |
| 14. | **Charitable contributions and religious donations** | 14. | $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | **0.00** |
| | 15b. Health insurance | 15b. | $ | **0.00** |
| | 15c. Vehicle insurance | 15c. | $ | **0.00** |
| | 15d. Other insurance. Specify: | 15d. | $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | **0.00** |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | **0.00** |
| | 17c. Other. Specify: | 17c. | $ | **0.00** |
| | 17d. Other. Specify: | 17d. | $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. Mortgages on other property | 20a. | $ | **0.00** |
| | 20b. Real estate taxes | 20b. | $ | **0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | **0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | **0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | **0.00** |
| 21. | **Other:** Specify: | 21. | +$ | **0.00** |

22. **Calculate your monthly expenses**
   22a. Add lines 4 through 21.  $ **1,186.00**
   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2  $
   22c. Add line 22a and 22b. The result is your monthly expenses.  $ **1,186.00**

23. **Calculate your monthly net income.**
   23a. Copy line 12 *(your combined monthly income)* from Schedule I.  23a. $ **3,031.25**
   23b. Copy your monthly expenses from line 22c above.  23b. -$ **1,186.00**
   23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*.  23c. $ **1,845.25**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ■ No.
   ☐ Yes.   Explain here: **DEBTORS' MORTGAGE IS PROJECTED PENDING THE CONCLUSION OF THE MORTGAGE LOAN MODIFICATION. ADDITONAL REGULAR MONTHLY EXPENSES ARE PAID THROUGH THE BUSINESS. DEBTORS WILL FILE THE OPERATING STATEMENTS TO REFLECT THOSE EXPENSES PAID**

# United States Bankruptcy Court
## District of Arizona

In re: CATHERINE ANNE WILLIAMSON
ROBERT LANCASTER WILLIAMSON, III
Debtor(s)

Case No. **15-15653; 16-00788**
Chapter **13**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of **18** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **March 28, 2017**  Signature **/s/ CATHERINE ANNE WILLIAMSON**
CATHERINE ANNE WILLIAMSON
Debtor

Date **March 28, 2017**  Signature **/s/ ROBERT LANCASTER WILLIAMSON, III**
ROBERT LANCASTER WILLIAMSON, III
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy