

SIGNED.

Dated: September 25, 2017

_Paul Sala_
**Paul Sala, Bankruptcy Judge**

Rachel Flinn, Esq. #027000
3838 N. Central Ave., Ste. 800
Phoenix, Arizona 85012
(602) 277-8996
(602) 253-8346, facsimile
Attorney for Russell Brown, Chapter 13 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>CATHERINE ANNE WILLIAMSON,<br>Debtor.<br><br>And<br><br>ROBERT LANCASTER WILLIAMSON, III<br>Debtor. | In Proceedings Under Chapter 13<br><br>Case No. 2-15-bk-15653-PS<br><br>Case No. 2-16-bk-00788-PS<br><br>**ORDER SUSTAINING TRUSTEE'S OBJECTION TO PROPERTY CLAIMED AS EXEMPT** |

The Chapter 13 Trustee, Russell Brown, having filed an objection to the Debtors' impermissible exemption claims and no response being filed by Debtors after the objection was properly noticed to Debtors and/or their counsel;

**NOW, THEREFORE, IT IS ORDERED:**

Sustaining Trustee's objection and denying the Debtors' impermissible exemption claims on all property claimed as exempt under 11 U.S.C. §522(d) and further denying the homestead exemption claimed under 11 U.S.C. §522(d)(1).

THIS ORDER SHALL BE EFFECTIVE UPON THE ENTRY OF THE COURT'S ELECTRONIC ENDORSEMENT ABOVE

|   |   |
|---|---|
| 1 | Copy of the foregoing mailed or emailed to the following parties on the date of the |
| 2 | electronic signature affixed hereto: |
| 3 | CATHERINE ANNE WILLIAMSON |
|   | 2272 SOUTH MCCLELLAND PLACE |
| 4 | CHANDLER, AZ 85286 |
| 5 | ROBERT LANCASTER WILLIAMSON III |
|   | 2272 SOUTH MCCLELLAND PLACE |
| 6 | CHANDLER, AZ 85286 |
| 7 | MARK D. WESBROOKS |
|   | THE WESBROOKS LAW FIRM, P.L.L. |
| 8 | WESBROOKSEFAX@GMAIL.COM |

Rachel Flinn
Russell Brown, Chapter 13 Trustee; 3838 N. Central Ave., Ste. 800, Phoenix, AZ 85012
2017.09.22 09:58:21 -07'00'