Rachel Flinn, Esq. #027000
3838 N. Central Ave., Ste. 800
Phoenix, Arizona 85012
(602) 277-8996
(602) 253-8346, facsimile
Attorney for Russell Brown, Chapter 13 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>CATHERINE ANNE WILLIAMSON,<br><br>Debtor.<br><br>And<br><br>ROBERT LANCASTER WILLIAMSON, III<br><br>Debtor, | In Proceedings Under Chapter 13<br><br>Case No. 2-15-bk-15653-PS<br><br>Case No. 2-16-bk-00788-PS<br><br>**APPLICATION TO APPOINT SPECIAL COUNSEL FOR TRUSTEE** |

The application of Russell Brown, duly appointed Trustee in the above captioned matter, by and through undersigned counsel, respectfully represents:

1. Debtors' Schedules list a civil litigation claim as an asset of the bankruptcy estate.

2. On or about August 22, 2016, Debtors executed a fee agreement, whereby Debtors agreed to employ Mark Wesbrooks of The Wesbrooks Law Firm, PLLC, to represent them in a civil litigation matter on a contingency fee basis. The contingent fee agreement is attached hereto. By signing the fee agreement, the Debtors agreed to employ Mark Wesbrooks of The Wesbrooks Law Firm, PLLC, to represent her in the matter on a contingency basis of forty percent (40%) of any gross settlement, plus costs.

1

3. On or about, December 14, 2015, Catherine Anne Williamson filed for relief under Chapter 13 of the Bankruptcy Code. On or about, January 28, 2016, Robert Lancaster Williamson, III, filed for relief under Chapter 13 of the Bankruptcy Code. On or about, September 14, 2016, the Court entered an order for joint administration of the Debtors' bankruptcy cases.

4. The Debtors' right to recovery in the civil litigation matter is property of the bankruptcy estate pursuant to 11 U.S.C. § 541 and §1306.

5. Any net recovery will be treated as a supplement to the Plan with payments going to priority and general unsecured creditors first.

6. The Trustee wishes to employ Mark Wesbrooks as his special counsel on the basis of the aforementioned Contingency Fee Agreement for the purpose of pursuing the estate's interest in the Debtors' portion of the personal injury matter. Only in the event of a recovery will the bankruptcy estate compensate Mark Wesbrooks for his fees and costs as special counsel. In the event of a recovery, the compensation of attorney fees and costs will be paid from the recovery up to the amount of that recovery.

7. Applicant has selected Mark Wesbrooks for the reason that he is familiar with the civil litigation claim in which representation of the Debtors has commenced and there exists a complete file on the case.

8. Based on the affidavit attached hereto as Exhibit B, Mark Wesbrooks has no connection with the Debtors' creditors or any other party in interest, other than his representation of the Debtors concerning their civil litigation claim and his representation of the Debtors in their underlying bankruptcy cases. Mark Wesbrooks represents no interest adverse to applicant or the estate in matters upon which said individual is to be engaged for applicant, and employment of said individuals is in the best interest of the estate.

9. Mark Wesbrooks recognizes that any final award of attorney fees and costs, as well as any proposed settlement of the claim and all disbursements therefrom, are subject to review and approval by the Bankruptcy Court.

WHEREFORE, the Trustee prays that as of August 22, 2016, (effective as of the date of the signing of the fee agreement), he be authorized to employ and appoint Mark Wesbrooks of The Wesbrooks Law Firm, to represent him for the purpose of pursuing the estate's interest in the Debtors' portion of the civil litigation claim, with any settlement and all disbursements, including all fees and

costs, being subject to Bankruptcy Court approval.

RUSSELL BROWN,
CHAPTER 13 TRUSTEE

By: _____
Rachel Flinn ABN 027000
Staff Attorney for Chapter 13 Trustee
*Rflinn@ch13bk.com*

Copy of the foregoing mailed or emailed to the following parties on the date of the electronic signature affixed hereto:

Mark Wesbrooks
Wesbrooksfax@gmail.com
(Debtors' Attorney and Proposed Special Counsel)

Elizabeth C. Amorosi, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
Elizabeth.C.Amorosi@usdoj.gov