# Notice Recipients

District/Off: 0970−2  User: rootk  Date Created: 11/21/2018
Case: 2:15−bk−15653−PS  Form ID: pdf010  Total: 56

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          JPMORGAN CHASE BANK NA
cr          Bank of America, National Association, as Assignee to Banc of America Mortgage Capital Corporation
cr          AMERICAN EXPRESS CENTURION BANK
                                                                                                TOTAL: 3

**Recipients of Notice of Electronic Filing:**
tr          RUSSELL BROWN            mail@ch13bk.com
aty         DAVID WINTHROP COWLES           ecf@tblaw.com
aty         MARK WESBROOKS           wesbrooksefax@gmail.com
aty         MARY K. FARRINGTON−LORCH            MaryKFL@farringtonlorchlaw.com
aty         MICHAEL D MAZUR         complaint@mazurbrooks.com
aty         NANCY J MARCH           nmarch@fclaw.com
aty         NATHAN FREDERICK JONES SMITH            nathan@mclaw.org
aty         RUSSELL BROWN            mail@ch13bk.com
aty         Rachel Elizabeth Flinn          rflinn@ch13bk.com
                                                                                                TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          CATHERINE ANNE WILLIAMSON           2272 S. MCCLELLAND PL.          CHANDLER, AZ 85286
cr          SunTrust Mortgage Inc.          1001 Semmes Avenue          Richmond, VA 23224
cr          Victoria Gunvalson          c/o Fennemore Craig, P.C.          Nancy J. March          One S.Church Avenue          Suite 1000          Tucson, AZ 85701−1627
md          Rex C Anderson          LAW OFFICE OF REX C ANDERSON PC          15029 N THOMPSON PEAK PARKWAY          SUITE B111−471          SCOTTSDALE, AZ 85260−2223
intp        Robert Williamson III          Wesbrooks Law Firm PLLC          15396 N. 83rd Ave.          Ste. C100          Peoria, AZ 85381
cr          Suntrust Mortgage, Inc          Bankruptcy Department RVW 3034          PO Box 27767          Richmond, VA 23261
sp          MARK WESBROOKS          THE WESBROOKS LAW FIRM          8151 E INDIAN BEND ROAD          SUITE 115          SCOTTSDALE, AZ 85250
cr          Suntrust Mortgage, Inc          Bankruptcy Department RVW 3034          PO Box 27767          Richmond, VA 23261
cr          SunTrust Bank          Bankruptcy Department          VA − RVW − 3034          P.O. BOX 27767          RICHMOND, VA 23261
aty         Rex C. Anderson          Law Office of Rex C. Anderson, P.C.          Suite B111−471          15029 N. Thompson Peak          Scottsdale, AZ 85260−2223
smg         AZ DEPARTMENT OF REVENUE          BANKRUPTCY & LITIGATION          1600 W. MONROE, 7TH FL.          PHOENIX, AZ 85007−2650
14460756    ALLIED COLLECTION SERV          3080 S DURANGO DR STE 20          LAS VEGAS, NV 89117
13873271    AMERICAN EXPRESS          P.O. BOX 297879          Fort Lauderdale FL 33329−7879
14460751    AMEX         PO BOX 297871          FORT LAUDERDALE, FL 33329
14460752    ANITA RENNER          12224 E BIRCHWOOD PLACE          CHANDLER, AZ 85249
14460754    ARDEN PARK HOA          PO BOX 60668          PHOENIX, AZ 85082
13873272    ARIZONA DEPARTMENT OF REVENUE          BANKRUPTCY DIVISION FIELD 1011          1600 W MONROE 7TH FLOOR          Phoenix AZ 85007
14460753    BAILUS COOK & KELESIS, LTD          517 SOUTH 9TH STREET          LAS VEGAS, AZ 89101
13873273    Bk Of Amer          Po Box 982238          El Paso TX 79998
14460750    CALIFORNIA BUSINESS BU          4542 RUFFNER ST STE 160          SAN DEIGO, CA 92111
13873274    Cbna/SEARS          Po Box 6283          Sioux Falls SD 57117
13873275    Chase Card          Po Box 15298          Wilmington DE 19850
14460755    DALLAS COUNTY TAX          ASSESSOR          PO BOX 139066          DALLAS, TX 75313−9066
14460667    DESCIACCA GLASSWARE 1          SOURCE          81 W BOSTON          CHANDLER, AZ 85225
14031706    Department Store National Bank          c/o Quantum3 Group LLC          PO Box 657          Kirkland, WA 98083−0657
13873276    Elan Financial Service          777 E Wisconsin Ave          Milwaukee WI 53202
14460668    HOSPITAL H SAN JOSE DEL CABO          CARRETERA TRANSPENISULAR KM 24.5          FRACCION C−1, COL. CERRO          COLORADO          SAN JOSE DEL CABO, B.C.S., CP          23406
13873277    IRS          P O BOX 7346          Philadelphia PA 19101
13913484    JPMorgan Chase Bank, N.A.          David W. Cowles          2525 E. Camelback Rd, Ste 700          Phoenix, AZ 85016
13873278    Jpm Chase          Po Box 24696          Columbus OH 43224
14460421    MEDICA LOS CABOS          ZARAGOZA S−N, COL. 5 DE          FEBRERO          SAN JOSE DEL CABO, BAJA          CALIFORNIA SUR
13873279    Mcydsnb          9111 Duke Blvd          Mason OH 45040
13987844    Midland Funding, LLC          PO Box 2011          Warren MI 48090
14460422    NEIGHBORHOOD CREDIT UN          PO BOX 803476          Dallas TX 75380
14460419    NET REP MARKETING          840 S RANCHO DRIVE          SUITE 4316          LAS VEGAS, NV 89106
14039266    Portfolio Recovery Associates, LLC          POB 12914          Norfolk VA 23541
13873280    Rui Credit Services In          1305 Walt Whitman Rd Ste          Melville NY 11747

| | | | |
|---|---|---|---|
| 14460420 | STAN JOHNSON–COHEN/JOHNSON, LLC | 255 E WARM SPRINGS ROAD | LAS VEGAS, NV 89119 |
| 13898462 | SunTrust Mortgage, Inc. | Bankruptcy Department RVW 3034 | PO Box 27767 Richmond, VA 23261 |
| 13873281 | Suntrust Mortgage/Cc 5 | 1001 Semmes Ave | Richmond VA 23224 |
| 13873282 | Syncb/Care Credit | 950 Forrer Blvd | Kettering OH 45420 |
| 14460417 | TATE & KIRLIN ASSOCIATES | 2810 SOUTHHAMPTON ROAD | PHILADELPHIA, PA 19154–1207 |
| 14460418 | VICTORIA GUNVALSON | C/O LAW OFFICE OF HAYES & WELSH | 199 N ARROYO GRANDE BLVD   SUITE 200   HENDERSON, NV 89074 |
| 13873283 | ZWICKER & ASSOCIATES, P.C. | 1225 W. WASHINGTON STREET, STE. 110 | Tempe AZ 85281 |

TOTAL: 44