**MARK WESBROOKS**
**THE WESBROOKS LAW FIRM, P.L.L.C.**
**15396 N. 83rd Ave., Ste. C100**
**Peoria, Arizona 8381**
**(602) 262-0390 Fax: (888) 477-5598**
**wesbrooksefax@gmail.com**
**State Bar No. 018690**
**Attorney for Debtors**

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In Re:**<br><br>**CATHERINE ANNE WILLIAMSON,**<br><br>Debtor. | **Chapter 13**<br><br>**Case No. 2:15-bk-15653**<br>              **2:16-bk-00788** |
| **In Re:**<br><br>**ROBERT LANCASTER WILLIAMSON, III,**<br><br>Debtor. | **NOTICE OF HEARING RE: DEBTORS' SEALED DOCUMENT: APPLICATION FOR APPROVAL OF CONFIDENTIAL SETTLEMENT OF CLAIMS AND TO ALLOW FEES AND COST OF SPECIAL COUNSEL AND CERTIFICATE OF SERVICE**<br><br>**(Jointly Administered)** |
| **This pleading applies to the case or cases as noted above.** | |

NOTICE IS HEREBY GIVEN that an initial hearing re: Debtors' Sealed Document: Application for Approval of Confidential Settlement of Claims and to Allow Fees and Costs of Special Counsel will be held on September 17, 2019 at 2:30 p.m., in the Courtroom of the Honorable Paul Sala at 230 N. 1st Avenue, 6th Floor, Courtroom 601, Phoenix, Arizona 85003. Any issues concerning confirmation may be

addressed. A copy of the Application for Approval of Confidential Settlement of Claims and to Allow Fees and Costs of Special Counsel are filed with the Court, but not available for view given the Court's order providing that proceedings shall be sealed.

Any responses thereto must be in writing and filed prior to the hearing, with the Clerk, U.S. Bankruptcy Court, 230 N. First Avenue, Phoenix, Arizona 85003, with a copy served on the United States Trustee, 230 N. First Avenue, Phoenix, Arizona 85003, Russell Brown, 3838 N. Central Avenue, Suite 800, Phoenix, Arizona 85012, and Debtors' counsel, Mark Wesbrooks, 15396 N. 83rd Avenue, Ste. C100, Peoria, Arizona 85310 (Fax No. 888-477-5598).

Respectfully submitted, on the 24th day of July, 2019,

**THE WESBROOKS LAW FIRM, P.L.L.C.**

/s/MW018690
Attorney for Debtors

# CERTIFICATE OF MAILING

I, Mark Wesbrooks, of the Wesbrooks Law Firm, P.L.L.C. ("Counsel"), legal counsel for Debtors, certify that the service of the Notice of Initial Hearing re: Debtors' Sealed Document Application for Approval of Confidential Settlement of Claims and to Allow Fees and Costs of Special Counsel was electronically mailed on July 24, 2019 to:

RUSSELL BROWN
ecfmailclient@ch13bk.com

DAVID WINTHROP COWLES on behalf of Creditor JPMORGAN CHASE BANK NA
ecf@tblaw.com, gxh@tblaw.com

MARY K. FARRINGTON-LORCH on behalf of Creditor AMERICAN EXPRESS CENTURION BANK
MaryKFL@farringtonlorchlaw.com, ecf@farringtonlorchlaw.com

Rachel Elizabeth Flinn on behalf of Trustee RUSSELL BROWN
rflinn@ch13bk.com, dsmith@ch13bk.com

NANCY J MARCH on behalf of Creditor Victoria Gunvalson
nmarch@fclaw.com, mokoko@fclaw.com, kcooper@fclaw.com

MICHAEL D MAZUR on behalf of Creditor Victoria Gunvalson
complaint@mazurbrooks.com

LEONARD 3 MCDONALD, JR. on behalf of Creditor JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
ecf@tblaw.com

NATHAN FREDERICK JONES SMITH on behalf of Creditor Bank of America, National Association, as Assignee to Banc of America Mortgage Capital Corporation
nathan@mclaw.org, AZ_ECF@mclaw.org, mcecfnotices@ecf.courtdrive.com

U.S. TRUSTEE
USTPRegion14.PX.ECF@USDOJ.GOV

HELEN ELIZABETH WELLER on behalf of Creditor Dallas County
beth.weller@publicans.com

and mailed this 24th day of July, 2019, to;

Rex C. Anderson on behalf of Mediator Rex C Anderson
Law Office of Rex C. Anderson, P.C.
Suite B111-471
15029 N. Thompson Peak
Scottsdale, AZ 85260-2223
mail@rexandersonlaw.com

SunTrust Bank
Bankruptcy Department
VA - RVW - 3034
P.O. BOX 27767
RICHMOND, VA 23261

SunTrust Mortgage Inc.
1001 Semmes Avenue
Richmond, VA 23224

Suntrust Mortgage, Inc
Bankruptcy Department RVW 3034
PO Box 27767
Richmond, VA 23261

Suntrust Mortgage, Inc
Bankruptcy Department RVW 3034
PO Box 27767
Richmond, VA 23261

and to all Creditors and interested parties as set forth on the Court's official BRASS list.

    I declare under penalty of perjury that the foregoing is true and correct.

    **By**: /s/MW019690
    **Mark Wesbrooks**
    **State Bar No. 018690**
    Direct: (602) 262-0390
    Facsimile: (888) 477-5598