# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

|  |  |  |
|---|---|---|
| **Debtor:** | CATHERINE ANNE WILLIAMSON | |
| **Case Number:** | 2:15-BK-15653-PS | **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, AUGUST 13, 2019 10:00 AM 6TH FLOOR #601 | |
| **Bankruptcy Judge:** | PAUL SALA | |
| **Courtroom Clerk:** | ANDAMO PURVIS | |
| **Reporter / ECR:** | KAREN DOANE | |

### Matter:

CONTINUED HEARING ON DEBTOR'S OBJECTION TO TRUSTEE'S PROPOSED DISMISSAL ORDER

**R / M #:**   194 / 0

### Appearances:

RACHEL ELIZABETH FLINN, ATTORNEY FOR RUSSELL  BROWN

MARK WESBROOKS, ATTORNEY FOR CATHERINE ANNE WILLIAMSON

### Proceedings:

Ms. Flinn states the debtor is current on plan payments. There is one remaining signature needed for the SOC. She requests the hearing be continued.

Mr. Wesbrooks answers the Court's questions.  He agrees with Ms. Flinn's statements.

COURT: IT IS ORDERED  CONTINUING THIS MATTER  TO TUESDAY SEPTEMBER 17, 2019 AT 2:30 PM.