MICHAEL BAILEY
United States Attorney
District of Arizona

ANNE E. NELSON
Assistant U.S. Attorney
AZ State Bar No. 028069
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Facsimile: 602-514-7760
Email: anne.nelson@usdoj.gov
Attorneys for the United States of America

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: Catherine Anne Williamson,<br><br>Debtor.<br><br>In re: Robert Lancaster Williamson, III,<br><br>Debtor. | Chapter 13 Proceeding<br><br>Case No. 15-bk-15653<br>16-bk-00788<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Anne E. Nelson, Assistant U.S. Attorney for the District of Arizona will serve as counsel of record for the United States on behalf of the Internal Revenue Service. Please serve all future pleadings, orders, and communications in this matter on the undersigned via the electronic filing system and/or the following address:

Anne E. Nelson
Assistant U.S. Attorney
U.S. Attorney's Office
Two Renaissance Square
40 North Central, Suite 1800
Phoenix, AZ 85004-4408
Telephone: (602) 514-7500
Facsimile: (602) 514-7760
Email: Anne.Nelson@usdoj.gov

This notice of appearance does not waive the requirement that the debtor or other interested party must serve the United States in accordance with Fed. R. Bank. P. 7004 if an adversary proceeding or contested matter is initiated against the United States.

RESPECTFULLY SUBMITTED this 15th day of August, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*/s Anne E. Nelson*
Assistant U.S. Attorney

Original of the foregoing filed
Electronically on August 15, 2019, with:

United States Bankruptcy Court
District of Arizona

Copy of the foregoing served
*Via* U.S. Mail on August 13, 2019, to:

Mark Wesbrooks
15396 N. 83rd Avenue
Suite C-100
Peoria, AZ 85381
*Attorney for Debtor*

Russell Brown
Chapter 13 Trustee
Suite 800
3838 N. Central Ave.
Phoenix, AZ 85012

U.S. Trustee
Office of the U.S. Trustee
230 N. First Ave.
Suite 204
Phoenix, AZ 85003

*/s Anne E. Nelson*
U.S. Attorney's Office