Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996 x 320
*mail@ch13bk.com*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 13 |
| CATHERINE ANNE WILLIAMSON, | Case No. 2-15-bk-15653 PS |
| | **TRUSTEE'S MOTION TO DISMISS CASE FOR DELINQUENT PLAN PAYMENTS AND FAILURE TO PROVIDE COPIES OF TAX** |
| Debtor. | Deadline: September 07, 2020 |

Russell Brown, CHAPTER 13 TRUSTEE, pursuant to 11 U.S.C. § 1307(c), moves to dismiss the case. The Debtor has defaulted in plan payments in the amount of **$52,457.25**. Also, the Trustee has not received from the Debtor the income tax returns for **2019**.

Pursuant to Local Rule 2084-15, the Court will grant the Trustee's motion unless by **September 07, 2020**, the Debtor:

(1) Brings the Plan payments current and provides copies of the tax returns to the Trustee;

(2) Files a Notice of Conversion to Chapter 7 and serves a copy on the Trustee; or

(3) Files a modified plan containing a motion for a moratorium of the delinquent plan payments or a motion for a moratorium of the delinquent plan payments, and provides a copy of the tax returns to the Trustee.

28
1  A copy of this Motion to Dismiss was
2  mailed or emailed on the below date to:

3

4  CATHERINE ANNE WILLIAMSON
   2272 SOUTH MCCLELLAND PLACE
5  CHANDLER, AZ   85286

6

7

8  MARK D. WESBROOKS
9  THE WESBROOKS LAW FIRM, P.L.L.
   15396 N. 83RD AVE., STE. C-100
10 PEORIA, AZ   85381
11 wesbrooksefax@gmail.com

12

13

14

15  _____
16  B Kahlstorf

17

18

19

20

21

22

23

24

25

26

*In re Williamson*
*Case No. 2-15-bk-15653 PS*
*Trustee's Motion to Dismiss Case*

Case 2:15-bk-15653-PS    Doc 284    Filed 08/04/20    Entered 08/04/20 12:27:52    Desc
Page 2 of 2
Page 2 of 2