MARK WESBROOKS
THE WESBROOKS LAW FIRM, P.L.L.C.
15396 N. 83rd Ave., Ste. C100
Peoria, Arizona 85381
(602) 262-0390 Fax: (888) 477-5598
wesbrooksefax@gmail.com
State Bar No. 018690
Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF ARIZONA

| In Re:<br><br>CATHERINE ANNE WILLIAMSON,<br><br>                                Debtor.<br><br>In Re:<br><br>ROBERT LANCASTER WILLIAMSON, III,<br><br>                                Debtor.<br><br>**This pleading applies to the case or cases as noted above.** | CASE NO. 2:15-bk-15653<br>               2:16-bk-00788<br><br>CHAPTER 13<br><br>MOTION TO PERMIT WITHDRAWAL OF MARK WESBROOKS AND THE WESBROOKS LAW FIRM, P.L.L.C., AS LEGAL COUNSEL FOR DEBTORS<br>[E.R. 1.16(a) and (b)]<br><br>(Jointly Administered) |
|---|---|

NOW COMES, Mark Wesbrooks and The Wesbrooks Law Firm, P.L.L.C. ("Attorneys"), and moves the Court to permit withdrawal of said Attorneys, from further representation of the Debtors in the present case for the following good and sufficient

Motion to Withdraw as Counsel for Debtors - Page 1

cause:

The case is confirmed, with all matters required under the attorney/client fee agreement accomplished. Services contemplated under the attorney client representation agreement have been fully accomplished, with the Court having confirmed the Chapter 13 Plan. Furthermore, Counsel is requesting withdrawal under E.R. 1.16(a) as Counsel is reducing his caseload as required for Counsel's existing practice, which requires withdrawal in this confirmed Chapter 13 case.

There exists no further contested matter in the case. The Plan is confirmed with the Client meeting Plan confirmation requirements. No pending unresolved matter exists, nor is there any pending contested matter. All services the subject of Counsel's employment have been successfully accomplished, with successful confirmation of the Debtors' Chapter 13 case.

Counsel has conferred with the Debtors regarding the ongoing requirements of the case, having advised in writing of the requirements through conclusion of the case.

There exists no further agreement for legal services by Movant or his Firm.

There are no pending hearings or trial settings. Counsel has conferred with Debtors regarding the status of the case and provided written notice of withdrawal. Counsel has complied with Local Rule 9010-1(b). In this regard, Debtors have been advised, in writing, as to the status of the case, including the date and times of any court hearings or trial settings and the need to comply with any existing court orders, and the possibility of sanctions for the failure to comply.

The Debtors' present address and contact information is reported as follows:

Catherine Williamson
2272 S. McClelland Pl.
Chandler, AZ. 85286
Phone: (602) 769-2120
cate@rwiii.com

Robert Williamson, III
2272 S. McClelland Pl.
Chandler, AZ. 85286
Phone: (214) 215-1416
robert@rwiii.com

Counsel has conferred with Debtors, advising in writing of case requirements moving forward, including matters required under the Stipulated Order Confirming, requirements of the Trustee's office, and applicable requirements under Local Rules.

WHEREFORE, premises considered, Attorneys for Debtors pray that the Court permit withdrawal of Attorneys from further representation of the Debtors.

Respectfully submitted, on the 11th day of October 2023,

        **THE WESBROOKS LAW FIRM, P.L.L.C.**
        15396 N. 83rd Ave., Ste. C100
        Peoria, Arizona 85381
        (602) 262-0390
        (888) 477-5598   FAX

        By _MW018690_
          Mark Wesbrooks
          State bar No. 018690

        ATTORNEYS FOR DEBTORS

Motion to Withdraw as Counsel for Debtors - Page 3

Case 2:15-bk-15653-PS    Doc 344    Filed 10/11/23    Entered 10/11/23 23:41:23    Desc
Main Document    Page 3 of 6

Filed via ECF, this 11th day of October 2023, with **COPY of the foregoing mailed** on same date to:

    Catherine Williamson
    2272 S. McClelland Pl.
    Chandler, AZ. 85286
    Phone: (602) 769-2120
    cate@rwiii.com

    Robert Williamson, III
    2272 S. McClelland Pl.
    Chandler, AZ. 85286
    Phone: (214) 215-1416
    robert@rwiii.com

**Notice will be electronically mailed to:**

ANTHONY W. AUSTIN on behalf of Creditor Victoria Gunvalson
aaustin@fennemorelaw.com, gkbacon@fclaw.com

RUSSELL BROWN
ecfmailclient@ch13bk.com

RUSSELL BROWN on behalf of Trustee RUSSELL BROWN
ecfmailclient@ch13bk.com

DAVID WINTHROP COWLES on behalf of Creditor JPMORGAN CHASE BANK NA
ecf@tblaw.com, gxh@tblaw.com

MARY K. FARRINGTON-LORCH on behalf of Creditor AMERICAN EXPRESS CENTURION BANK
MaryKFL@farringtonlorchlaw.com, ecf@farringtonlorchlaw.com

Rachel Elizabeth Flinn on behalf of Trustee RUSSELL BROWN
rflinn@ch13bk.com, dsmith@ch13bk.com

LEONARD 3 MCDONALD, JR. on behalf of Creditor JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

1 ecf@tblaw.com

LEONARD J. MCDONALD, JR. on behalf of Creditor BANK OF AMERICA
ecf@tblaw.com

LEONARD J. MCDONALD, JR. on behalf of Creditor Bank of America, National Association, as Assignee to Banc of America Mortgage Capital Corporation
ecf@tblaw.com

LEONARD J. MCDONALD, JR. on behalf of Creditor Bank of America, National Association, as Assignee to Banc of America Mortgage Capital Corporation
ecf@tblaw.com

LEONARD J. MCDONALD, JR. on behalf of Creditor Truist Bank
ecf@tblaw.com

ANNE ELIZABETH NELSON on behalf of Creditor UNITED STATES OF AMERICA (IRS)
anne.nelson@usdoj.gov, Melissa.Beickert@usdoj.gov,CaseView.ECF@usdoj.gov

NATHAN FREDERICK JONES SMITH on behalf of Creditor Bank of America, National Association, as Assignee to Banc of America Mortgage Capital Corporation
nathan@mclaw.org, AZ_ECF@mclaw.org,cvalenzuela@mclaw.org

NATHAN FREDERICK JONES SMITH on behalf of Creditor Truist Bank, successor by merger to SunTrust Bank
nathan@mclaw.org, AZ_ECF@mclaw.org,cvalenzuela@mclaw.org

U.S. TRUSTEE
USTPRegion14.PX.ECF@USDOJ.GOV

HELEN ELIZABETH WELLER on behalf of Creditor Dallas County
Dora.Casiano-Perez@lgbs.com, dallas.bankruptcy@lgbs.com

MARK WESBROOKS on behalf of Debtor CATHERINE ANNE WILLIAMSON
wesbrooksefax@gmail.com

MARK WESBROOKS on behalf of Debtor ROBERT LANCASTER WILLIAMSON, III
wesbrooksefax@gmail.com

MARK WESBROOKS on behalf of Interested Party Robert Williamson III
wesbrooksefax@gmail.com

MARK WESBROOKS on behalf of Special Counsel MARK WESBROOKS
wesbrooksefax@gmail.com

/sMW*018690*