SIGNED.

Dated: October 16, 2023

Paul Sala, Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Catherine Ann Williamson aka Catherine Waken Williamson,<br><br>      Debtor. | Chapter 13<br><br>Case No. 2:15-bk-15653-PS<br>          2:16-bk-00788-PS<br><br>(Jointly Administered) |
| IN RE:<br><br>Robert Lancaster Williamson, III,<br><br>      Debtor. | **ORDER**<br><br>(Related to Docket #338)<br><br>RE: Real Property Located at<br>2272 South McClelland Place<br>Chandler, AZ 85248 |
| Bank of America, National Association, as assignee to Banc of America Mortgage Capital Corporation<br>      Movant,<br>  vs.<br><br>Catherine Ann Williamson aka Catherine Waken Williamson, Debtor, Russell Brown, Trustee.<br><br>      Respondents. | |

       Movant's Second Amended Motion to Authorize the Payment Deferral Agreement and Notice along with the copy of the signed Agreement, and form of proposed Order Approving the same, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having

been received, and good cause appearing,

IT IS HEREBY ORDERED that Movant's Second Amended Motion to Authorize the Payment Deferral Agreement is granted in accordance with the signed Payment Deferral Agreement as it pertains to the following described real property:

> LOT 23, OF ADREN PARK, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 582 OF MAPS, PAGE 32.

IT IS FURTHER ORDERED that Movant is hereby authorized to record the Agreement with the County Recorder's Office, and the recording shall not be deemed a violation of the automatic bankruptcy stay.

IT IS FURTHER ORDERED that by granting the Second Amended Motion to Authorize Payment Deferral Agreement, the Court expressly makes no findings, conclusions or rulings regarding the validity of the terms of the subject agreement.

**SIGNED AND DATED ABOVE.**