In re:  Case No. 15-15653-PS
CATHERINE ANNE WILLIAMSON  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2      User: admin      Page 1 of 4
Date Rcvd: Mar 11, 2024      Form ID: 3180W      Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++      Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CATHERINE ANNE WILLIAMSON, 2272 S. MCCLELLAND PL., CHANDLER, AZ 85286-7632 |
| aty | + | MICHAEL D MAZUR, MAZUR & BROOKS, A PROFESSIONAL LAW CORP, 2355 RED ROCK STREET SUITE 100, LAS VEGAS, NV 89146-3106 |
| sp | + | MARK WESBROOKS, THE WESBROOKS LAW FIRM, 8151 E INDIAN BEND ROAD, SUITE 115, SCOTTSDALE, AZ 85250-4826 |
| intp | + | Robert Williamson III, Wesbrooks Law Firm PLLC, 15396 N. 83rd Ave., Ste. C100, Peoria, AZ 85381-5627 |
| cr | | Truist Bank, RVW 3034, Richmond, VA 23261 |
| cr | + | UNITED STATES OF AMERICA (IRS), US Attorney's Office, 40 N Central Ave, Suite 1800, Phoenix, AZ 85004 UNITED STATES 85004-0932 |
| cr | | Victoria Gunvalson, c/o Fennemore Craig, P.C., Nancy J. March, One S.Church Avenue, Suite 1000 Tucson, AZ 85701-1627 |
| 14460756 | + | ALLIED COLLECTION SERV, 3080 S DURANGO DR STE 20, LAS VEGAS, NV 89117-9193 |
| 14460752 | + | ANITA RENNER, 12224 E BIRCHWOOD PLACE, CHANDLER, AZ 85249-5134 |
| 14460754 | + | ARDEN PARK HOA, PO BOX 60668, PHOENIX, AZ 85082-0668 |
| 14460753 | + | BAILUS COOK & KELESIS, LTD, 517 SOUTH 9TH STREET, LAS VEGAS, NV 89101-7010 |
| 14460750 | + | CALIFORNIA BUSINESS BU, 4542 RUFFNER ST STE 160, SAN DEIGO, CA 92111-2238 |
| 14460667 | + | DESCIACCA GLASSWARE 1, SOURCE, 81 W BOSTON, CHANDLER, AZ 85225-7801 |
| 13913484 | + | JPMorgan Chase Bank, N.A., David W. Cowles, 2525 E. Camelback Rd, Ste 700, Phoenix, AZ 85016-4229 |
| 14460422 | +++ | NEIGHBORHOOD CREDIT UN, PO BOX 803476, Dallas TX 75380-3476 |
| 14460419 | + | NET REP MARKETING, 840 S RANCHO DRIVE, SUITE 4316, LAS VEGAS, NV 89106-3837 |
| 13873280 | + | Rui Credit Services In, 1305 Walt Whitman Rd Ste, Melville NY 11747-4849 |
| 14460420 | + | STAN, JOHNSON-COHEN/JOHNSON, LLC, 255 E WARM SPRINGS ROAD, LAS VEGAS, NV 89119-4233 |
| 13898462 | | SunTrust Mortgage, Inc., Bankruptcy Department RVW 3034, PO Box 27767 Richmond, VA 23261 |
| 14460417 | | TATE & KIRLIN ASSOCIATES, 2810 SOUTHHAMPTON ROAD, PHILADELPHIA, PA 19154-1207 |
| 17110663 | | Truist Bank, Bankruptcy Department 306-40-04-95 PO Bo, Richmond, VA 23261 |
| 14460418 | +++ | VICTORIA GUNVALSON, 31 DARTMOUTH LANE, COTO DE CAZA, CA 92679-5018 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: mail@rexandersonlaw.com | Mar 11 2024 23:03:00 | Rex C. Anderson, Law Office of Rex C. Anderson, P.C., Suite B111-471, 15029 N. Thompson Peak, Scottsdale, AZ 85260-2217 |
| tr | | Email/Text: ecfmailclient@ch13bk.com | Mar 11 2024 23:02:00 | RUSSELL BROWN, Chapter 13 Trustee, 3838 N Central Ave, Ste 800, Phoenix, AZ 85012-1965 |
| smg | | EDI: AZDEPREV.COM | Mar 12 2024 02:48:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| md | | Email/Text: mail@rexandersonlaw.com | Mar 11 2024 23:03:00 | Rex C Anderson, LAW OFFICE OF REX C ANDERSON PC, 15029 N THOMPSON PEAK PARKWAY, SUITE B111-471, SCOTTSDALE, AZ 85260-2217 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Mar 11 2024 23:03:00 | SunTrust Bank, Bankruptcy Department, VA - RVW - 3034, P.O. BOX 27767, RICHMOND, VA 23261-7767 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@bbandt.com | Mar 11 2024 23:03:00 | SunTrust Mortgage Inc., 1001 Semmes Avenue, Richmond, VA 23224-2245 |
| 13873271 | | Email/PDF: bncnotices@becket-lee.com | Mar 11 2024 23:10:50 | AMERICAN EXPRESS, P.O. BOX 297879, Fort Lauderdale FL 33329-7879 |
| 14460751 | + | Email/PDF: bncnotices@becket-lee.com | Mar 11 2024 23:23:45 | AMEX, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 13873272 | + | EDI: AZDEPREV.COM | Mar 12 2024 02:48:00 | ARIZONA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION FIELD 1011, 1600 W MONROE 7TH FLOOR, Phoenix AZ 85007-2612 |
| 13873273 | + | EDI: BANKAMER | Mar 12 2024 02:48:00 | Bk Of Amer, Po Box 982238, El Paso TX 79998-2238 |
| 13873274 | + | EDI: CITICORP | Mar 12 2024 02:48:00 | Cbna/SEARS, Po Box 6283, Sioux Falls SD 57117-6283 |
| 14460755 | | Email/Text: litigation@dallascounty.org | Mar 11 2024 23:02:00 | DALLAS COUNTY TAX, ASSESSOR, PO BOX 139066, DALLAS, TX 75313-9066 |
| 13873279 | | EDI: CITICORP | Mar 12 2024 02:48:00 | Mcydsnb, 9111 Duke Blvd, Mason OH 45040 |
| 14031706 | | EDI: Q3G.COM | Mar 12 2024 02:48:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13873277 | + | EDI: IRS.COM | Mar 12 2024 02:48:00 | IRS, P O BOX 7346, Philadelphia PA 19101-7346 |
| 13873275 | | EDI: JPMORGANCHASE | Mar 12 2024 02:48:00 | Chase Card, Po Box 15298, Wilmington DE 19850 |
| 13873278 | | EDI: JPMORGANCHASE | Mar 12 2024 02:48:00 | Jpm Chase, Po Box 24696, Columbus OH 43224 |
| 13987844 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 11 2024 23:03:00 | Midland Funding, LLC, PO Box 2011, Warren MI 48090-2011 |
| 14039266 | | EDI: PRA.COM | Mar 12 2024 02:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 13873281 | + | Email/Text: bankruptcy@bbandt.com | Mar 11 2024 23:03:00 | Suntrust Mortgage/Cc 5, 1001 Semmes Ave, Richmond VA 23224-2245 |
| 13873282 | + | EDI: SYNC | Mar 12 2024 02:48:00 | Syncb/Care Credit, 950 Forrer Blvd, Kettering OH 45420-1469 |
| 13873276 | | EDI: USBANKARS.COM | Mar 12 2024 02:48:00 | Elan Financial Service, 777 E Wisconsin Ave, Milwaukee WI 53202 |
| 13873283 | + | Email/Text: bkfilings@zwickerpc.com | Mar 11 2024 23:03:00 | ZWICKER & ASSOCIATES, P.C., 1225 W. WASHINGTON STREET, STE. 110, Tempe AZ 85288-1237 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AMERICAN EXPRESS CENTURION BANK |
| cr | | BANK OF AMERICA |
| cr | | Bank of America, National Association, as Assignee |
| cr | | JPMORGAN CHASE BANK NA |
| cr | | Truist Bank, successor by merger to SunTrust Bank |
| 14460668 | | HOSPITAL H SAN JOSE DEL CABO, CARRETERA TRANSPENISULAR KM 24.5, FRACCION C-1, COL. CERRO, COLORADO, SAN JOSE DEL CABO, B.C.S., CP, 23406 |
| 14460421 | | MEDICA LOS CABOS, ZARAGOZA S-N, COL. 5 DE, FEBRERO, SAN JOSE DEL CABO, BAJA, CALIFORNIA SUR |
| aty | * | RUSSELL BROWN, Chapter 13 Trustee, 3838 N Central Ave, Ste 800, Phoenix, AZ 85012-1965 |
| cr | *+ | Suntrust Mortgage, Inc, Bankruptcy Department RVW 3034, PO Box 27767, Richmond, VA 23261-7767 |
| cr | *+ | Suntrust Mortgage, Inc, Bankruptcy Department RVW 3034, PO Box 27767, Richmond, VA 23261-7767 |

TOTAL: 7 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ANNE ELIZABETH NELSON | on behalf of Creditor UNITED STATES OF AMERICA (IRS) anne.nelson@usdoj.gov Melissa.Beickert@usdoj.gov,CaseView.ECF@usdoj.gov |
| ANTHONY W. AUSTIN | on behalf of Creditor Victoria Gunvalson aaustin@fennemorelaw.com gkbacon@fclaw.com |
| DAVID WINTHROP COWLES | on behalf of Creditor JPMORGAN CHASE BANK NA ecf@tblaw.com gxh@tblaw.com |
| HELEN ELIZABETH WELLER | on behalf of Creditor Dallas County Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com |
| LEONARD 3 MCDONALD, JR. | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION ecf@tblaw.com |
| LEONARD J. MCDONALD, JR. | on behalf of Creditor Bank of America National Association, as Assignee to Banc of America Mortgage Capital Corporation ecf@tblaw.com |
| LEONARD J. MCDONALD, JR. | on behalf of Creditor BANK OF AMERICA ecf@tblaw.com |
| LEONARD J. MCDONALD, JR. | on behalf of Creditor Truist Bank ecf@tblaw.com |
| MARK WESBROOKS | on behalf of Plaintiff ROBERT LANCASTER WILLIAMSON III wesbrooksefax@gmail.com |
| MARK WESBROOKS | on behalf of Plaintiff CATHERINE ANNE WILLIAMSON wesbrooksefax@gmail.com |
| MARY K. FARRINGTON-LORCH | on behalf of Creditor AMERICAN EXPRESS CENTURION BANK MaryKFL@farringtonlorchlaw.com ecf@farringtonlorchlaw.com |
| NATHAN FREDERICK JONES SMITH | on behalf of Creditor Truist Bank successor by merger to SunTrust Bank nathan@mclaw.org, AZ_ECF@mclaw.org,cvalenzuela@mclaw.org |
| NATHAN FREDERICK JONES SMITH | on behalf of Creditor Bank of America National Association, as Assignee to Banc of America Mortgage Capital Corporation nathan@mclaw.org, AZ_ECF@mclaw.org,cvalenzuela@mclaw.org |
| RUSSELL BROWN | on behalf of Trustee RUSSELL BROWN ecfmailclient@ch13bk.com |
| RUSSELL BROWN | ecfmailclient@ch13bk.com |
| Rachel Elizabeth Flinn | on behalf of Trustee RUSSELL BROWN rflinn@ch13bk.com dsmith@ch13bk.com |

U.S. TRUSTEE  USTPRegion14.PX.ECF@USDOJ.GOV

TOTAL: 17

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | CATHERINE ANNE WILLIAMSON<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–4557<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court   District of Arizona | | |
| Case number:   2:15–bk–15653–PS | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    CATHERINE ANNE WILLIAMSON
    aka CATHERINE WAKEM WILLIAMSON

<u>3/11/24</u>                                                                     **By the court:** <u>Paul Sala</u>
                                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support
       obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified
       in 11 U.S.C. §§ 507(a)(8)( C),
       523(a)(1)(B), or 523(a)(1)(C) to the
       extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**